IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT WICHITA, KANSAS

| | |
|---|---|
| ANDREAS KONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: |
| ) | |
| NANCY S. TATE and CRETE ) | |
| CARRIER CORPORATION, ) | |
| ) | |
| Defendants ) | |
| ) | |
| _____) | |

## COMPLAINT

COMES NOW the Plaintiff, ANDREAS KONE, by and through his undersigned counsel, and for Plaintiff's claims against Defendants, NANCY S. TATE and CRETE CARRIER CORPORATION, alleges and states:

1. Plaintiff, ANREAS KONE, is a resident of Coconut Creek, Florida.

2. Defendant, NANCY S. TATE, resides at 117 N Pecan Street, Pauls Valley, Oklahoma 73075 and may be served at that address.

3. Defendant, CRETE CARRIER CORPORATION is a domestic corporation organized in the State of Nebraska with its principal place of business in Nebraska and is located at 400 NW 56th Street, Lincoln, Nebraska. It may be served through its registered agent, Curtis Ruwe, at 400 NW 56th Street, Lincoln, Nebraska, 68528.

4. The Court has jurisdiction over the persons and subject matter.

5. Venue is proper in the Wichita Division of the United States District Court for the District of Kansas.

6. This action is brought pursuant to 28 U.S.C. Section 1332(a) on the basis of diversity of citizenship. The matter is in excess of the sum of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest and costs.

## COUNT I
## CLAIM FOR NEGLIGENCE AGAINST NANCY S. TATE

7. On or about June 24, 2018, Defendant, NANCY S. TATE, was operating a motor vehicle and owed a duty of reasonable care to Plaintiff, ANDREAS KONE.

8. At said time, ANDREAS KONE was lawfully parked at a rest stop off West 50 Highway in Emporia, Kansas sleeping in his vehicle.

9. Defendant, NANCY S. TATE, was negligent and breached her duty of reasonable care by slamming into Plaintiff's parked vehicle.

10. The negligence of Defendant, NANCY S. TATE, caused the motor vehicle collision between the parties, injuring ANDREAS KONE.

11. As a result of Defendant, NANCY S. TATE's, negligence, Plaintiff, ANDREAS KONE, sustained serious bodily injury, medical expenses, lost wages and has incurred non-economic damages such as pain and suffering. Furthermore, Plaintiff reasonably expects to incur future medical expenses, future lost wages, and future non-economic damages such as pain and suffering.

**WHEREFORE**, Plaintiff prays for judgment against Defendant, NANCY S. TATE, in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), for costs herein, and for such other and further relief as the Court deems just and equitable.

## COUNT II
## CLAIM FOR NEGLIGENCE AGAINST CRETE CARRIER CORPORATION

12. On or about June 24, 2018, Defendant, NANCY S. TATE, was an employee and/or agent of Defendant, CRETE CARRIER CORPORATION, and was acting within the course and scope of her employment and/or agency with Defendant, CRETE CARRIER CORPORATION.

13. At said time, Defendant, NANCY S. TATE, was operating a motor vehicle on behalf of Defendant, CRETE CARRIER CORPORATION.

14. Defendant, CRETE CARRIER CORPORATION, was vicariously liable for the actions of Defendant, NANCY S. TATE.

15. Defendant, CRETE CARRIER CORPORATION, owed a duty of reasonable care to Plaintiff, ANDREAS KONE.

16. At said time, ANDREAS KONE was lawfully parked at a rest stop off West 50 Highway in Emporia, Kansas sleeping in his vehicle.

17. Defendant, CRETE CARRIER CORPORATION, was negligent and breached its duty of reasonable care when Defendant, NANCY S. TATE, slammed into Plaintiff's parked vehicle.

18. The negligence of Defendant, CRETE CARRIER CORPORATION, caused the motor vehicle collision between the parties, injuring ANDREAS KONE.

19. As a result of Defendant, CRETE CARRIER CORPORATION's, negligence, Plaintiff, ANDREAS KONE, sustained serious bodily injury, medical expenses, lost wages and has incurred non-economic damages such as pain and suffering.  Furthermore, Plaintiff

reasonably expects to incur future medical expenses, future lost wages and future non-economic damages such as paint and suffering.

**WHEREFORE**, Plaintiff prays for judgment against Defendant, CRETE CARRIER CORPORATION, in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), for costs herein, and for such other and further relief as the Court deems just and equitable.

Respectfully Submitted,

**DEVAUGHN JAMES INJURY LAWYERS**

 /s/ Patrick Turner
Patrick A. Turner, #23437
Richard W. James #19822
Attorney for Plaintiff
3241 N. Toben
Wichita, Kansas 67226
(316) 977-9999
(316) 425-0414 facsimile
pturner@devaughnjames.com
rjames@devaughnjames.com
*Attorneys for Plaintiff*


**WALD, GONZALEZ & GRAFF, P.A.**

 /s/ Robert M. Graff               .
Robert M. Graff, FL Bar # 121193
*Pro Hac Vice Admission Pending*
Attorneys for Plaintiff
One Biscayne Tower, Suite 3599
Two South Biscayne Boulevard
Miami, FL   33131
Phone: (305) 577-7778
Fax: (305) 577-9757
Rmgpleadings@wgglaw.net

## DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff and demands a trial by jury in this matter.

## DESIGNATION FOR PLACE OF TRIAL

COMES NOW the Plaintiff and designates Wichita, Kansas as the place for trial of this matter.

Respectfully Submitted,

**DEVAUGHN JAMES INJURY LAWYERS**

/s/ Patrick Turner
Patrick A. Turner, #23437
Richard W. James #19822
Attorney for Plaintiff
3241 N. Toben
Wichita, Kansas 67226
(316) 977-9999
(316) 425-0414 facsimile
pturner@devaughnjames.com
rjames@devaughnjames.com
*Attorneys for Plaintiff*


**WALD, GONZALEZ & GRAFF, P.A.**

/s/ Robert M. Graff             .
Robert M. Graff, FL Bar # 121193
*Pro Hac Vice Admission Pending*
Attorneys for Plaintiff
One Biscayne Tower, Suite 3599
Two South Biscayne Boulevard
Miami, FL   33131
Phone: (305) 577-7778
Fax: (305) 577-9757
Rmgpleadings@wgglaw.net