ISMAEL KONE vs NANCY S. TATE and CRETE CARRIER
Samuel Hess 02/22/2021

```
                UNITED STATES DISTRICT COURT
                    DISTRICT OF KANSAS

ISMAEL KONE,                      )
                                  )
         Plaintiff,               )
                                  )
vs.                               )No. 6:20-cv-01080-TC-ADM
                                  )
NANCY S. TATE and                 )
CRETE CARRIER CORPORATION,        )
                                  )
         Defendants.              )




            DEPOSITION OF SAMUEL HESS, M.D.

         TAKEN ON BEHALF OF THE DEFENDANTS

         THROUGH ZOOM VIDEO TELECONFERENCE

                ON FEBRUARY 22, 2021




            WORD FOR WORD REPORTING, L.L.C.
                 620 NORTH ROBINSON
                     SUITE 202
            OKLAHOMA CITY, OKLAHOMA  73102
                   (405)232-9673



         REPORTED BY:  GINGER MILAM, CSR
```

**Exhibit 1**
20-cv-1080-TC-ADM

1   Q   And then you did medical school at Temple
2   School of Medicine in Philadelphia?
3   A   Yes.
4   Q   Residency at Albert Einstein Medical Center
5   in Philadelphia?
6   A   Yes.
7   Q   And then a fellowship at Maryland Scoliosis
8   & Spine Center in Townson --
9   A   Baltimore, yeah.  Yes.
10  Q   Okay.  So you're presently in private
11  practice, correct?
12  A   Yes, sir.
13  Q   Now, when you were treating Mr. Kone, you
14  were at Florida Spine and Joint Institute, but I can
15  see a facility called iRISE -- that's I-R-I-S-E --
16  Spine and Joint.  Is that a different facility?
17  A   Same.  The practice was purchased in
18  November 2013, and the practice name changed to iRISE
19  Spine and Joint.
20  Q   So everything, as far as physical location,
21  what you do there, everything stayed the same.  The
22  name changed?
23  A   Correct.
24  Q   And that was November -- I'm sorry.  I
25  didn't catch the year.

```
 1        A     2018.
 2        Q     Okay.  Do you presently have hospital
 3   privileges, sir?
 4        A     Yes, of course.
 5        Q     And what hospitals do you primarily see
 6   patients at?
 7        A     Coral Springs Medical Center and University
 8   Medical Center.
 9        Q     Where do you primarily perform your spinal
10   surgeries?
11        A     I would say BOCA Outpatient Specialty
12   Center, Lake Worth Surgical Center and Altamonte
13   Springs Surgical Center, or Advanced Surgical Center
14   of Altamonte Springs, I guess.  I don't know the exact
15   name, but --
16        Q     Okay.  The facility where Mr. Kone was
17   treated was Florida Joint and Spine of -- is it
18   Margate?
19        A     Margate.
20        Q     Margate?
21        A     You mean the office?  The exact office?
22   Probably Coral Springs was the office.
23        Q     All right.  Well, and so what I was
24   wondering is, how many facilities does Florida Joint
25   and Spine -- let me back up.  Strike that.
```

1     How many facilities did Florida Joint and
2  Spine operate in the State of Florida?
3       A    Did at the time I treated him?
4       Q    Yes, sir.
5       A    Is that what you mean?
6            Oh, God.  I think, total, we had probably 15
7  locations or so, something like that.
8       Q    And did --
9       A    I don't know cause we grew -- we grew some
10 at around that time and just afterwards.  I don't know
11 the exact number, but I'm going to guess around 15.  I
12 think we're up to 17 or 18.
13      Q    And did this iRISE group buy all of the
14 locations?
15      A    The private equity group purchased the
16 entire practice.
17      Q    And are you a member of the private equity
18 group?
19      A    Yes, sir.  I have a very small percentage
20 ownership.
21      Q    And what percentage --
22      A    In the practice.  Not the private eighty
23 group.  I'm sorry.  I wish.  The practice iRISE, not
24 the private equity group.
25      Q    Okay.  And can you help me with the

1   distinction that you're making there between the
2   private equity group and your ownership interest?
3       A   Well, sure.  The private equity group is a
4   private equity group based in Dallas, Texas.  They
5   purchased our practice, and I have a small percentage
6   ownership in the practice.  I don't have any ownership
7   in the private equity group beyond the practice.
8       Q   And when you say "the practice," it's the
9   practice at all 15 or 18 locations?
10      A   Yes.  It's all under one umbrella that is
11  iRISE Spine and Joint.
12      Q   And what is your percentage, sir?
13      A   I -- you know, honestly, I don't even know
14  at this point because, you know, every time -- just --
15  I don't know the exact percentage.  I know it's
16  somewhere -- maybe four percent.  I don't know the
17  exact percentage.
18      Q   So in addition to the private equity group,
19  do you have partners in the practice as well?
20      A   No.
21      Q   Do you have any other ownership interest in
22  medical facilities other than iRISE?
23      A   I do not.  I don't have any ownership
24  interest personally in any surgical center and neither
25  does the practice have any ownership in any -- and

1   never has had any ownership interest in any surgical
2   center.
3       Q   Okay.  I've seen reference to a couple
4   facilities.  One would be 411 Pain.  Do you have any
5   ownership interest in that facility?
6       A   No.  They have absolutely no connection or
7   involvement in our practice and neither do we with
8   them.
9       Q   Okay.
10      A   They're a -- they're a referral -- a -- I
11  believe they're a lawyer referral and physician
12  referral service.
13      Q   All right.  How many referrals do you
14  receive from 411 Pain?
15      A   I -- I don't receive any referrals from 411
16  Pain.  And, that I'm aware of, the practice doesn't
17  either.  Now, again, I -- I limit my involvement in
18  the practice to the care and treatment of patients,
19  but I would defer to the CEO who could answer those
20  sorts of questions.  His name is Ryan Fulcher.
21      Q   Last name, please?
22      A   Sure.  Fulcher, F as in Frank, U-L-C-H-E-R.
23      Q   He's the CEO of iRISE?
24      A   Uh-huh.  That is correct.
25      Q   Okay.  So I -- I see that -- and I'm going

1  bill the same.  No matter how the patient arrives at
2  the facility, they're going to get the same bill as
3  anybody else?
4       A    Yes.
5       Q    Do you know what percentage of surgeries you
6  perform weekly or monthly that are related to car
7  accidents?
8       A    I do not.
9       Q    Do you know what percentage of surgeries you
10 perform involve people in litigation?
11      A    I do not.
12      Q    Is there somebody there at Florida Joint and
13 Spine that would have that information?
14      A    I honestly don't know if that information is
15 something that's kept, but the person to ask would be,
16 again, the CEO, Ryan Fulcher.
17           As I said before, you know, my time is so
18 taken up just taking care of patients, I wouldn't have
19 the desire or the inclination or time to deal with any
20 of the administrative stuff.
21      Q    All right.  What did you review to prepare
22 for your deposition today, sir?
23      A    My chart and -- and then I was provided just
24 before we started by Robert with a report from an MRI
25 from 2008, and that was just sent to me.  Otherwise,