# UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS

| | | |
|---|---|---|
| ISMAEL KONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:20-cv-01080-TC-ADM |
| | ) | |
| NANCY S. TATE and | ) | |
| CRETE CARRIER CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' NOTICE OF SERVICE OF**
**<u>RULE 26(a) SUPPLEMENTAL DISCLOSURES</u>**

Defendants Nancy S. Tate and Crete Carrier Corporation, in accordance with the Court's instructions at the March 5, 2021 pretrial teleconference and Federal Rule of Civil Procedure 26(e), notify the Court that on March 12, 2021, they emailed their Rule 26(a) supplemental disclosures to Plaintiff Ismael Kone.

*Respectfully submitted*,

/s/ Paul J. Skolaut
J. Philip Davidson, Kan. Bar No. 14642
Paul J. Skolaut, Kan. Bar No. 22143
HINKLE LAW FIRM LLC
1617 North Waterfront Parkway,
Suite 400
Wichita, Kansas 67206
(316) 267-2000-p (316) 264-1556-f
pdavidson@hinklaw.com
jskolaut@hinklaw.com

and

Dan K. Jones, OBA # 16940
Mehry Taremi, OBA # 31726
MILLER JOHNSON JONES
ANTONISSE & WHITE, PLLC
500 N.W. 6th Street, Suite 300
Oklahoma City, Oklahoma 73102
(405) 896-4388-t (405) 239-2575-f
djones@mjjaw.com
mtaremi@mjjaw.com
***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I certify that on March 15, 2021, a true and correct copy of Defendants' Notice of Service of Rule 26(a) Supplemental Disclosures was sent via

☐ Email
☒ ECF System
☐ Facsimile
☐ USPS, First Class
☐ USPS, Certified, Return Receipt Requested
☐ USPS, Certified, Return Receipt (Electronic)
☐ USPS, Certified, Restricted Delivery
to the following:

Patrick Turner, Esq.
Richard W. James, Esq.
DeVaughn James Injury Lawyers
3241 N. Toben
Wichita, Kansas 67226
pturner@devaughnjames.com
rjames@devaughnjames.com
**-and-**
Robert M. Graff, Esq.
Wald, Gonzalez & Graff, pa
One Biscayne Tower, Suite 3599
Two South Biscayne Boulevard
Miami, Florida 33131
rmg@wgglaw.net
*Attorneys for Plaintiff*

_____

/s/ Paul J. Skolaut
Paul J. Skolaut, 22143