# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANDREAS KONE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NANCY S. TATE and<br>CRETE CARRIER CORPORATION,<br><br>　　　　Defendants. | Case No: 20-1080-TC |

## PLAINTIFF'S OBJECTIONS TO DEFENDANTS' PROPOSED JURY INSTRUCTIONS

COMES NOW the Plaintiff, by and through his undersigned counsel, and submits the following objections to Defendants' proposed jury instructions:

1) 106.01 - Defendants' proposed instruction does not include a brief description of facts or an itemization of damages as required. Defendants' instruction also omits future damages which are supported by the evidence and a question for the jury's determination.

2) 171.02 - Defendants' proposed instruction omits future damages which are supported by the evidence and a question for the jury's determination.

3) Unnumbered - This instruction is made up, not standard, confusing, self-serving, and superfluous to other instructions which properly address these matters.

4) 181.04 (Verdict Form) - Defendants' proposed verdict form omits future damages which are supported by the evidence and a question for the jury's determination. Moreover, the wrong number of jurors is being used, and the verdict must be unanimous.

5) 106.04 - Defendants' proposed instruction is unnecessary and self-serving.

6) 171.42 - Defendants' proposed instruction is confusing, not required, unsupported by the evidence, and misleading.

Respectfully Submitted,

WALD, GONZALEZ & GRAFF, P.A.

/s/ Robert M. Graff
Robert M. Graff, FL Bar # 121193
Attorneys for Plaintiff - Admitted Pro Hac Vice
121 Alhambra Plaza, Suite 1500
Coral Gables, Florida 33134
    Phone: (305) 577-7778
Fax: (305) 577-9757
Rmgpleadings@wgglaw.net

DEVAUGHN JAMES INJURY LAWYERS

/s/ Patrick Turner
Patrick A. Turner, #23437
Richard W. James #19822
Attorney for Plaintiff
3241 N. Toben
Wichita, Kansas 67226
(316) 977-9999

(316) 425-0414 facsimile
pturner@devaughnjames.com
rjames@devaughnjames.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of October, 2021, the foregoing was electronically filed with the Clerk of the District Court using the CM/ECF system, which will send notice of electronic filing to all registered attorneys of record.


                    By:  /s/ Patrick Turner
                         Patrick Turner, #23437
                         *Attorneys for Plaintiff*