# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| ANDREAS KONE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY S. TATE and )<br>CRETE CARRIER CORPORATION, )<br>)<br>Defendants. ) | Case No. 6:20-cv-01080-TC-ADM |

### NOTICE OF SETTLEMENT

Plaintiff Andreas Kone and Defendants Nancy S. Tate and Crete Carrier Corporation notify the Court that the parties reached a settlement agreement regarding all matters litigated in the above-styled case. The parties are in the process of finalizing the necessary settlement documents and will file a Joint Stipulation of Dismissal within the next 45 days. Further, the parties request that the Court strike all deadlines, including the November 2, 2021 trial (Am. Trial Order, ECF No. 88).

*Respectfully submitted*,

| /s/ Patrick Turner | /s/ Paul J. Skolaut |
|---|---|
| Patrick Turner, Kan. Bar No. 23437 | J. Philip Davidson, Kan. Bar No. 14642 |
| Richard W. James, Kan. Bar No. 19822 | Paul J. Skolaut, Kan. Bar No. 22143 |
| **DeVaughn James Injury Lawyers** | **Hinkle Law Firm llc** |
| 3241 N. Toben | 1617 North Waterfront Parkway, Suite 400 |
| Wichita, Kansas 67226 | Wichita, Kansas 67206 |
| pturner@devaughnjames.com | (316) 660-6220-t   (316) 264-1556-f |
| rjames@devaughnjames.com | jskolaut@hinklaw.com |
| -and- | **-and-** |
| Robert M. Graff, Fl. Bar. No. 121193 | Dan K. Jones, OBA # 16940 |
| **Wald, Gonzalez & Graff, pa** | Mehry Taremi, OBA # 31726 |
| One Biscayne Tower, Suite 3599 | **Miller Johnson Jones Antonisse & White, pllc** |
| Two South Biscayne Boulevard | 500 N.W. 6th Street, Suite 300 |
| Miami, Florida 33131 | Oklahoma City, Oklahoma 73102 |
| rmg@wgglaw.net | (405) 896-4388-t   (405) 239-2575-f |
| *Attorneys for Plaintiff* | djones@mjjaw.com |
| | mtaremi@mjjaw.com |
| | *Attorneys for Defendants* |