# UNITED STATES DISTRICT COURT

### DISTRICT OF KANSAS

ANDREAS KONE,                                    )
                                                 )
            Plaintiff,                           )
                                                 )
v.                                               )          Case No.  6:20-cv-01080-TC-ADM
                                                 )
NANCY S. TATE and                                )
CRETE CARRIER CORPORATION,                        )
                                                 )
Defendants.                                      )

## JOINT STIPULATON OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the respective parties in the above-entitled action, by and through their counsel of record, hereby stipulate that all claims in the above-styled and numbered action shall be dismissed with prejudice. Each party shall bear their own costs and attorney's fees.

*Respectfully submitted,*

 /s/ Patrick A. Turner_____

Patrick Turner, Kan. Bar No. 23437
Richard W. James, Kan. Bar No. 19822
**DEVAUGHN JAMES INJURY LAWYERS**
3241 N. Toben
Wichita, Kansas 67226
pturner@devaughnjames.com
rjames@devaughnjames.com
-and-
Robert M. Graff, Fl. Bar. No. 121193
**WALD, GONZALEZ & GRAFF, PA**
One Biscayne Tower, Suite 3599
Two South Biscayne Boulevard
Miami, Florida 33131
rmg@wgglaw.net
***Attorneys for Plaintiff***

\_\_\_/s/ Paul J. Skolaut_____

J. Philip Davidson, Kan. Bar No. 14642
Paul J. Skolaut, Kan. Bar No. 22143
**HINKLE LAW FIRM LLC**
1617 North Waterfront Parkway,
Suite 400
Wichita, Kansas 67206
(316) 660-6220-t       (316) 264-1556-f
jskolaut@hinklaw.com
**-and-**
Dan K. Jones, OBA # 16940
Mehry Taremi, OBA # 31726
**MILLER JOHNSON JONES**
**ANTONISSE & WHITE, PLLC**
500 N.W. 6th Street, Suite 300
Oklahoma City, Oklahoma 73102
(405) 896-4388-t       (405) 239-2575-f
djones@mjjaw.com
mtaremi@mjjaw.com
***Attorneys for Defendants***